Bruce W. EBERT, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs Respondent–Appellee.

No. 05–7094.

United States Court of Appeals, Federal Circuit.

April 19, 2005.

*ORDER*

LOURIE, Circuit Judge.

Bruce W. Ebert moves for reconsideration of the court's March 23, 2005 order dismissing his appeal for failure to file a brief, and for an extension of time to file his brief if reconsideration is granted.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The appeal is reinstated, the dismissal order is vacated, and the mandate is recalled. Ebert's brief is due within 30 days of the date of filing of this order.

INNOMED TECHNOLOGIES, INC., Plaintiff,

and

Medical Industries America, Inc., Movant–Appellant,

v.

WORLDWIDE MEDICAL TECHNOLO-GIES, INC., Sunburst Consulting, L.L.C., and S. Roger Strickland, Jr., Defendants–Appellees,

and

Eldon Mixon, Cathy Mixon, and Viasys Healthcare, Inc., Defendants.

No. 05–1035.

United States Court of Appeals, Federal Circuit.

April 19, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).